IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Judge Samuel Der-Yehgiayan |
| v. | ) | |
| | ) | No. 09 CR 540 |
| MICHELLE PARKER | ) | |

### NOTICE OF FILING

TO:    Elizabeth A. Wilson           Troy Grooms
        Assistant United States Attorney    United States Probation Office
        219 South Dearborn St, 5th Floor    55 E. Monroe St., Suite 1500
        Chicago, IL 60604                    Chicago, IL 60603

      **PLEASE TAKE NOTICE** that on this 26th day of January, 2015, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

-    **DEFENDANT MICHELLE PARKER'S STATUS REPORT**

                                          Respectfully submitted,

                                          FEDERAL DEFENDER PROGRAM
                                          Carol A. Brook
                                          Executive Director

                                      By: *s/ MiAngel Cody*
                                             MiAngel Cody
                                             Attorney for Defendant

MIANGEL CODY
Federal Defender Program
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8348

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Judge Samuel Der-Yehgiayan |
| v. | ) | |
| | ) | No. 09 CR 540 |
| MICHELLE PARKER | ) | |

**DEFENDANT MICHELLE PARKER'S STATUS REPORT**

The defendant, MICHELLE PARKER, by and through her counsel THE FEDERAL DEFENDER PROGRAM and its attorney, MIANGEL C. CODY, respectfully submits this yearly Status Report to the Court:

1. Ms. Parker was convicted of wire fraud, a violation of 18 U.S.C. §1343. On November 30, 2010, this Court sentenced Ms. Parker to five years' probation. In considering the substantial mitigation in Ms. Parker's case, the Court specifically noted Ms. Parker's commitment to be a good mother to her two young daughters. Ms. Parker continues to serve her probation without incident and offers the Court this yearly update.

2. Ms. Parker and her daughters continue to volunteer at local homeless shelters and nursing homes during the holiday season.

3. In 2013, Ms. Parker learned that her youngest daughter is dyslexic and therefore struggles with reading. In an effort to help her daughter and to understand more about dyslexia, Ms. Parker enrolled in Roosevelt University's Master Program; and this spring, Ms. Parker will graduate from Roosevelt with a Master's in the Art of Reading.

4. Each night after school, Ms. Parker began tutoring her fourth grade daughter, whose dyslexia made reading challenging. Ms. Parker is happy to report that both of her daughters are now excelling academically at St. Helen's Catholic School. Her fourth grader is now earning As and Bs. In addition, Ms. Parker's sixth grade daughter has earned all A's for the entire academic year. Copies of both daughters reports cards will be tendered to the Court's chambers via courtesy copy. Ms. Parker is extremely grateful for the chance the Court gave her to remain present in her daughter's lives and to be the mother she is today.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Carol A. Brook,
Executive Director


By: /s/ MiAngel Cody_____
    MiAngel C. Cody
    Counsel for Michelle Parker

MIANGEL CODY
FEDERAL DEFENDER PROGRAM
55 East Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8348

## CERTIFICATE OF SERVICE

The undersigned,MiAngel Cody, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT MICHELLE PARKER'S STATUS REPORT**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on January 26, 2015, to counsel/parties that are non-ECF filers.

        By:/s/ MiAngel Cody
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8348